BB
AO 442 (Rev. 11/11) Arrest Warrant

2023R00247

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
|---|---|
| v. | Case No. 24-mj-78 (DTS) |
| ANDREW DAVID MUNSINGER | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANDREW DAVID MUNSINGER,

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint

**Count 1**: On or about January 27, 2024, in Redwood County, in the State and District of Minnesota, defendant Andrew David MUNSINGER, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, as defined by 18 U.S.C. § 921(a)(17)(A), that is, multiple rounds of ZSR 7.62x51 mm SAR [M80] ammunition and multiple rounds of TulAmmo .223 REM caliber, 55 grain ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Date: February 5, 2024

*Issuing officer's signature*

City and State: Hennepin, MN

David T. Schultz, United States Magistrate Judge
*Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*