IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff | BEFORE: DAVID T. SCHULTZ |
| | U.S. Magistrate Judge |
| v. | |
| Andrew David Munsinger, | Case No: 24-mj-78 DTS |
| | Date: February 7, 2024 |
| | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant | Time Commenced: 1:47 p.m. |
| | Time Concluded: 1:50 p.m. |
| | Time in Court: 3 minutes |

APPEARANCES:
  Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
  Defendant: Success Carter, Federal Public Defender Fellow
      X FPD          X To be appointed


Date Charges Filed: February 5, 2024          Offense: Felon in possession of ammunition

X Advised of Rights

  on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Monday, February 12, 2024 at 2:15 p.m. before U.S. Magistrate Judge John F. Docherty in the St. Paul Devitt Courtroom for:
  X Detention hrg         X Preliminary hrg


X Government moves to unseal the case.          X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                    *s/nah*
                                                    Signature of Courtroom Deputy